Form 300b

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Christina Maria Powell** : | Case No. 18−10572−TPA |
| *Debtor(s)* : | Chapter: 13 |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | |
| : | |
| v. : | Related to Document No. 39 |
| **No Respondents** : | |
| *Respondent(s).* : | Hearing Date: 10/13/21 at 12:00 PM |

**ORDER SCHEDULING DATE FOR RESPONSE**
**AND HEARING ON MOTION**

 *AND NOW,* this ***The 27th of July, 2021***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** having been filed at Doc. No. 39 , by the Chapter 13 Trustee

 It is hereby **ORDERED, ADJUDGED and DECREED** that:

 (1) ***On or before September 10, 2021***, any ***Response***, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

 (2) This *Motion* is scheduled for hearing on ***October 13, 2021 at 12:00 PM*** in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

 (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm:  All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-10572-TPA |
| Christina Maria Powell | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: lmar | Page 1 of 3 |
| Date Rcvd: Jul 27, 2021 | Form ID: 300b | Total Noticed: 52 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christina Maria Powell, 546 Shenango Boulevard Extension, Farrell, PA 16121-1740 |
| cr | | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| 14879802 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14860352 | + | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14860354 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 14860353 | + | Bank Of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14896689 | | Bank of America, PO BOX 31785, Tampa FL 33631-3785 |
| 14860355 | + | Capital One / Best Buy, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 14896638 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14860356 | + | Credit First N A, 6275 Eastland Road, Brookpark, OH 44142-1399 |
| 14889703 | | Credit First National Association, PO Box 818011, Cleveland, OH 44181-8011 |
| 14860361 | + | Hyundai Capital America, 4000 Macarthur Boulevard, Newport Beach, CA 92660-2558 |
| 14860362 | | Kohls / Capital One, N56 West 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 14860366 | + | Staples / Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14860372 | + | Td Bank Usa / Target Credit, Po Box 673, Minneapolis, MN 55440-0673 |
| 14860374 | + | Us Department Of Education / Glelsi, Po Box 7860, Madison, WI 53707-7860 |
| 14897135 | | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jul 27 2021 23:13:42 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14876135 | | Email/Text: ally@ebn.phinsolutions.com | Jul 27 2021 23:15:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14860351 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 27 2021 23:15:00 | Ally Financial, 200 Renaissance Center, Detroit, MI 48243-1300 |
| 14860357 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 27 2021 23:13:29 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14860358 | | Email/Text: mrdiscen@discover.com | Jul 27 2021 23:15:00 | Discover Financial Services LLC, Po Box 15316, Wilmington, DE 19850 |
| 14860359 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2021 23:24:05 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14891498 | | Email/Text: bnc-quantum@quantum3group.com | Jul 27 2021 23:15:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14863591 | | Email/Text: mrdiscen@discover.com | Jul 27 2021 23:15:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14874731 | + | Email/Text: bankruptcy@sccompanies.com | Jul 27 2021 23:14:00 | Figi's, PO Box 77001, Madison, WI 53707-1001 |

Case 18-10572-TPA    Doc 41    Filed 07/29/21    Entered 07/30/21 00:32:08    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-1 | User: lmar | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 27, 2021 | Form ID: 300b | Total Noticed: 52 |

| | | | | |
|---|---|---|---|---|
| 14860360 | + | Email/Text: bnc@advanceamerica.net | Jul 27 2021 23:15:00 | First American Loans, 854 South Irvine Avenue, Masury, OH 44438-1259 |
| 14897209 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2021 23:13:44 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14893782 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 27 2021 23:13:22 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14885772 | + | Email/Text: bankruptcy@sccompanies.com | Jul 27 2021 23:14:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14874732 | + | Email/Text: bankruptcy@sccompanies.com | Jul 27 2021 23:14:00 | Masseys, PO Box 2822, Monroe, WI 53566-8022 |
| 14860363 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 27 2021 23:13:41 | Merrick Bank Corporation, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14874733 | + | Email/Text: bankruptcy@sccompanies.com | Jul 27 2021 23:15:00 | Midnight Velvet, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14885771 | + | Email/Text: bankruptcy@sccompanies.com | Jul 27 2021 23:15:00 | Midnight Velvet, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14874734 | + | Email/Text: bankruptcynotices@schear.net | Jul 27 2021 23:15:00 | NCP Finance Ohio LLC, 205 Sugar Camp Circle, Dept CA, Dayton, OH 45409-1970 |
| 14890474 | | Email/PDF: cbp@onemainfinancial.com | Jul 27 2021 23:13:40 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14860364 | + | Email/PDF: cbp@onemainfinancial.com | Jul 27 2021 23:13:54 | Onemain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 14861864 | + | Email/PDF: rmscedi@recoverycorp.com | Jul 27 2021 23:24:04 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14860365 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2021 23:13:22 | PayPal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 14899140 | + | Email/Text: bncmail@w-legal.com | Jul 27 2021 23:15:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14860367 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2021 23:13:21 | Syncb / Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14860368 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2021 23:13:41 | Syncb / JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 14860369 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2021 23:13:22 | Syncb / Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14860370 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2021 23:13:40 | Syncb / TJMaxx Costco, Po Box 965015, Orlando, FL 32896-5015 |
| 14860371 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2021 23:13:21 | Syncb / Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14888406 | + | Email/Text: bncmail@w-legal.com | Jul 27 2021 23:15:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14860373 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2021 23:13:58 | The Home Depot / Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14874735 | + | Email/Text: bankruptcy@sccompanies.com | Jul 27 2021 23:15:00 | The Wisconsin Cheeseman, PO Box 1, Madison, WI 53782-0001 |
| 14902002 | + | Email/Text: bnc@advanceamerica.net | Jul 27 2021 23:15:00 | VCSO of Ohio, Inc., C/O First American Loans, 135 North Church Street, Spartanburg, SC 29306-5138 |
| 14860375 | + | Email/Text: bnc-bluestem@quantum3group.com | Jul 27 2021 23:15:00 | Webbank / Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

Case 18-10572-TPA  Doc 41  Filed 07/29/21  Entered 07/30/21 00:32:08  Desc Imaged
Certificate of Notice  Page 4 of 4

| District/off: 0315-1 | User: lmar | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 27, 2021 | Form ID: 300b | Total Noticed: 52 |

| 14860376 | + Email/Text: bnc-bluestem@quantum3group.com | Jul 27 2021 23:15:00 | Webbank / Gettington, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14885770 | + Email/Text: bankruptcy@sccompanies.com | Jul 27 2021 23:15:00 | Wisconsin Cheeseman, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | | Bank Of America, N.A. |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2021            Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Christina Maria Powell dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Jerome B. Blank | on behalf of Creditor Bank Of America  N.A. pawb@fedphe.com |
| Maria Miksich | on behalf of Creditor BANK OF AMERICA  N.A. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor BANK OF AMERICA  N.A. pawb@fedphe.com |

TOTAL: 6