| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Christina Maria Powell** | Social Security number or ITIN  **xxx–xx–9157** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **18–10572–TPA** | |

# Order of Discharge                                                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Christina Maria Powell

<u>9/24/21</u>                                                                          **By the court:**    <u>Thomas P. Agresti</u>
                                                                                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-10572-TPA |
| Christina Maria Powell | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: dkam | Page 1 of 4 |
| Date Rcvd: Sep 24, 2021 | Form ID: 3180W | Total Noticed: 54 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christina Maria Powell, 546 Shenango Boulevard Extension, Farrell, PA 16121-1740 |
| 14860355 | + | Capital One / Best Buy, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 14860361 | + | Hyundai Capital America, 4000 Macarthur Boulevard, Newport Beach, CA 92660-2558 |
| 14860362 | | Kohls / Capital One, N56 West 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 14860366 | + | Staples / Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14860374 | + | Us Department Of Education / Glelsi, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Sep 25 2021 03:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 24 2021 23:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Sep 25 2021 03:18:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 24 2021 23:12:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Sep 25 2021 03:18:00 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | EDI: BANKAMER.COM | Sep 25 2021 03:18:00 | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| 14876135 | | EDI: GMACFS.COM | Sep 25 2021 03:18:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14860351 | + | EDI: GMACFS.COM | Sep 25 2021 03:18:00 | Ally Financial, 200 Renaissance Center, Detroit, MI 48243-1300 |
| 14879802 | | EDI: BECKLEE.COM | Sep 25 2021 03:18:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14860352 | + | EDI: AMEREXPR.COM | Sep 25 2021 03:18:00 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14860354 | | EDI: BANKAMER.COM | Sep 25 2021 03:18:00 | Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 14860353 | + | EDI: BANKAMER.COM | Sep 25 2021 03:18:00 | Bank Of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |

Case 18-10572-TPA   Doc 47   Filed 09/26/21   Entered 09/27/21 00:26:15   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0315-1 | User: dkam | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 24, 2021 | Form ID: 3180W | Total Noticed: 54 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 14896689 | | EDI: BANKAMER.COM | Sep 25 2021 03:18:00 | Bank of America, PO BOX 31785, Tampa FL 33631-3785 |
| 14896638 | | EDI: BL-BECKET.COM | Sep 25 2021 03:18:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14860356 | + | EDI: CRFRSTNA.COM | Sep 25 2021 03:18:00 | Credit First N A, 6275 Eastland Road, Brookpark, OH 44142-1399 |
| 14889703 | | EDI: CRFRSTNA.COM | Sep 25 2021 03:18:00 | Credit First National Association, PO Box 818011, Cleveland, OH 44181-8011 |
| 14860357 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 24 2021 23:21:05 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14860358 | | EDI: DISCOVER.COM | Sep 25 2021 03:18:00 | Discover Financial Services LLC, Po Box 15316, Wilmington, DE 19850 |
| 14860359 | + | EDI: CITICORP.COM | Sep 25 2021 03:18:00 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14891498 | | EDI: Q3G.COM | Sep 25 2021 03:18:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14863591 | | EDI: DISCOVER.COM | Sep 25 2021 03:18:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14874731 | + | EDI: CBSMASON | Sep 25 2021 03:18:00 | Figi's, PO Box 77001, Madison, WI 53707-1001 |
| 14860360 | + | Email/Text: bnc@advanceamerica.net | Sep 24 2021 23:12:00 | First American Loans, 854 South Irvine Avenue, Masury, OH 44438-1259 |
| 14897209 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 24 2021 23:31:26 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14893782 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 24 2021 23:20:59 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14885772 | + | EDI: CBSMASON | Sep 25 2021 03:18:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14874732 | + | EDI: CBSMASON | Sep 25 2021 03:18:00 | Masseys, PO Box 2822, Monroe, WI 53566-8022 |
| 14860363 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 24 2021 23:21:05 | Merrick Bank Corporation, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14874733 | + | EDI: CBS7AVE | Sep 25 2021 03:18:00 | Midnight Velvet, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14885771 | + | EDI: CBS7AVE | Sep 25 2021 03:18:00 | Midnight Velvet, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14874734 | + | Email/Text: bankruptcynotices@schear.net | Sep 24 2021 23:12:00 | NCP Finance Ohio LLC, 205 Sugar Camp Circle, Dept CA, Dayton, OH 45409-1970 |
| 14890474 | | EDI: AGFINANCE.COM | Sep 25 2021 03:18:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14860364 | + | EDI: AGFINANCE.COM | Sep 25 2021 03:18:00 | Onemain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 14861864 | + | EDI: RECOVERYCORP.COM | Sep 25 2021 03:18:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14860365 | + | EDI: RMSC.COM | Sep 25 2021 03:18:00 | PayPal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 14899140 | + | Email/Text: bncmail@w-legal.com | Sep 24 2021 23:12:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14860367 | + | EDI: RMSC.COM | Sep 25 2021 03:18:00 | Syncb / Amazon, Po Box 965015, Orlando, FL |

| District/off: 0315-1 | User: dkam | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 24, 2021 | Form ID: 3180W | Total Noticed: 54 |

| | | | | |
|---|---|---|---|---|
| 14860368 | + | EDI: RMSC.COM | Sep 25 2021 03:18:00 | Syncb / JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 14860369 | + | EDI: RMSC.COM | Sep 25 2021 03:18:00 | Syncb / Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14860370 | + | EDI: RMSC.COM | Sep 25 2021 03:18:00 | Syncb / TJMaxx Costco, Po Box 965015, Orlando, FL 32896-5015 |
| 14860371 | + | EDI: RMSC.COM | Sep 25 2021 03:18:00 | Syncb / Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14888406 | + | Email/Text: bncmail@w-legal.com | Sep 24 2021 23:12:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14860372 | + | EDI: WTRRNBANK.COM | Sep 25 2021 03:18:00 | Td Bank Usa / Target Credit, Po Box 673, Minneapolis, MN 55440-0673 |
| 14860373 | + | EDI: CITICORP.COM | Sep 25 2021 03:18:00 | The Home Depot / Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14874735 | + | EDI: CBS7AVE | Sep 25 2021 03:18:00 | The Wisconsin Cheeseman, PO Box 1, Madison, WI 53782-0001 |
| 14902002 | | Email/Text: bnc@advanceamerica.net | Sep 24 2021 23:12:00 | VCSO of Ohio, Inc., C/O First American Loans, 135 North Church Street, Spartanburg, SC 29306-5138 |
| 14860375 | + | EDI: BLUESTEM | Sep 25 2021 03:18:00 | Webbank / Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14860376 | + | EDI: BLUESTEM | Sep 25 2021 03:18:00 | Webbank / Gettington, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14885770 | + | EDI: CBS7AVE | Sep 25 2021 03:18:00 | Wisconsin Cheeseman, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14897135 | | EDI: ECAST.COM | Sep 25 2021 03:18:00 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 50

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | | Bank Of America, N.A. |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 26, 2021     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Christina Maria Powell dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Jerome B. Blank | on behalf of Creditor Bank Of America  N.A. pawb@fedphe.com |
| Maria Miksich | on behalf of Creditor BANK OF AMERICA  N.A. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor BANK OF AMERICA  N.A. pawb@fedphe.com |

TOTAL: 7