**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
9/24/21 2:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
CHRISTINA MARIA POWELL

    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.: 18-10572 TPA

Chapter 13

Document No.: 39

ORDER OF COURT

AND NOW, this __24th__ day of __September__, 20__21__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

ljm

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Christina Maria Powell  
    Debtor

Case No. 18-10572-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: dkam      Page 1 of 3  
Date Rcvd: Sep 24, 2021      Form ID: pdf900      Total Noticed: 52

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christina Maria Powell, 546 Shenango Boulevard Extension, Farrell, PA 16121-1740 |
| cr | | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| 14879802 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14860352 | + | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14860354 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 14860353 | + | Bank Of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14896689 | | Bank of America, PO BOX 31785, Tampa FL 33631-3785 |
| 14860355 | + | Capital One / Best Buy, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 14896638 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14860356 | + | Credit First N A, 6275 Eastland Road, Brookpark, OH 44142-1399 |
| 14889703 | | Credit First National Association, PO Box 818011, Cleveland, OH 44181-8011 |
| 14860361 | + | Hyundai Capital America, 4000 Macarthur Boulevard, Newport Beach, CA 92660-2558 |
| 14860362 | | Kohls / Capital One, N56 West 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 14860366 | + | Staples / Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14860372 | + | Td Bank Usa / Target Credit, Po Box 673, Minneapolis, MN 55440-0673 |
| 14860374 | + | Us Department Of Education / Glelsi, Po Box 7860, Madison, WI 53707-7860 |
| 14897135 | | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Sep 24 2021 23:20:56 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14876135 | | Email/Text: ally@ebn.phinsolutions.com | Sep 24 2021 23:12:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14860351 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 24 2021 23:12:00 | Ally Financial, 200 Renaissance Center, Detroit, MI 48243-1300 |
| 14860357 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 24 2021 23:21:05 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14860358 | | Email/Text: mrdiscen@discover.com | Sep 24 2021 23:12:00 | Discover Financial Services LLC, Po Box 15316, Wilmington, DE 19850 |
| 14860359 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 24 2021 23:31:36 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14891498 | | Email/Text: bnc-quantum@quantum3group.com | Sep 24 2021 23:12:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14863591 | | Email/Text: mrdiscen@discover.com | Sep 24 2021 23:12:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14874731 | + | Email/Text: bankruptcy@sccompanies.com | Sep 24 2021 23:12:00 | Figi's, PO Box 77001, Madison, WI 53707-1001 |

Case 18-10572-TPA  Doc 48  Filed 09/26/21  Entered 09/27/21 00:26:15  Desc Imaged
Certificate of Notice  Page 3 of 4

| District/off: 0315-1 | User: dkam | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 24, 2021 | Form ID: pdf900 | Total Noticed: 52 |

| | | | | |
|---|---|---|---|---|
| 14860360 | + | Email/Text: bnc@advanceamerica.net | Sep 24 2021 23:12:00 | First American Loans, 854 South Irvine Avenue, Masury, OH 44438-1259 |
| 14897209 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 24 2021 23:31:26 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14893782 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 24 2021 23:21:04 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14885772 | + | Email/Text: bankruptcy@sccompanies.com | Sep 24 2021 23:12:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14874732 | + | Email/Text: bankruptcy@sccompanies.com | Sep 24 2021 23:12:00 | Masseys, PO Box 2822, Monroe, WI 53566-8022 |
| 14860363 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 24 2021 23:21:13 | Merrick Bank Corporation, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14874733 | + | Email/Text: bankruptcy@sccompanies.com | Sep 24 2021 23:13:00 | Midnight Velvet, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14885771 | + | Email/Text: bankruptcy@sccompanies.com | Sep 24 2021 23:13:00 | Midnight Velvet, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14874734 | + | Email/Text: bankruptcynotices@schear.net | Sep 24 2021 23:12:00 | NCP Finance Ohio LLC, 205 Sugar Camp Circle, Dept CA, Dayton, OH 45409-1970 |
| 14890474 | | Email/PDF: cbp@onemainfinancial.com | Sep 24 2021 23:20:56 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14860364 | + | Email/PDF: cbp@onemainfinancial.com | Sep 24 2021 23:21:13 | Onemain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 14861864 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 24 2021 23:31:26 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14860365 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 24 2021 23:21:13 | PayPal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 14899140 | + | Email/Text: bncmail@w-legal.com | Sep 24 2021 23:12:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14860367 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 24 2021 23:20:53 | Syncb / Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14860368 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 24 2021 23:21:04 | Syncb / JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 14860369 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 24 2021 23:20:53 | Syncb / Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14860370 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 24 2021 23:21:13 | Syncb / TJMaxx Costco, Po Box 965015, Orlando, FL 32896-5015 |
| 14860371 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 24 2021 23:21:13 | Syncb / Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14888406 | + | Email/Text: bncmail@w-legal.com | Sep 24 2021 23:12:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14860373 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 24 2021 23:31:37 | The Home Depot / Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14874735 | + | Email/Text: bankruptcy@sccompanies.com | Sep 24 2021 23:13:00 | The Wisconsin Cheeseman, PO Box 1, Madison, WI 53782-0001 |
| 14902002 | + | Email/Text: bnc@advanceamerica.net | Sep 24 2021 23:12:00 | VCSO of Ohio, Inc., C/O First American Loans, 135 North Church Street, Spartanburg, SC 29306-5138 |
| 14860375 | + | Email/Text: bnc-bluestem@quantum3group.com | Sep 24 2021 23:12:00 | Webbank / Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

Case 18-10572-TPA Doc 48 Filed 09/26/21 Entered 09/27/21 00:26:15 Desc Imaged
Certificate of Notice Page 4 of 4

| District/off: 0315-1 | User: dkam | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 24, 2021 | Form ID: pdf900 | Total Noticed: 52 |

| 14860376 | + Email/Text: bnc-bluestem@quantum3group.com | | |
|---|---|---|---|
| | | Sep 24 2021 23:12:00 | Webbank / Gettington, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14885770 | + Email/Text: bankruptcy@sccompanies.com | | |
| | | Sep 24 2021 23:13:00 | Wisconsin Cheeseman, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | | Bank Of America, N.A. |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2021          Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA N.A. bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Christina Maria Powell dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Jerome B. Blank | on behalf of Creditor Bank Of America N.A. pawb@fedphe.com |
| Maria Miksich | on behalf of Creditor BANK OF AMERICA N.A. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor BANK OF AMERICA N.A. pawb@fedphe.com |

TOTAL: 7